Decided November 8, 2000

## CONNECTICUT POST LIMITED PARTNERSHIP *v.* SOUTH CENTRAL CONNECTICUT REGIONAL COUNCIL OF GOVERNMENTS ET AL.*

The plaintiff's petition for certification for appeal from the Appellate Court, 60 Conn. App. 21 (AC 20206), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff did not establish standing pursuant to General Statutes § 22a-16?"

---

* The appeal was withdrawn April 5, 2001.

MCDONALD, C. J., and KATZ and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16421.

*Ronald J. Cohen* and *Ben A. Solnit,* in support of the petition.

*Thayer Baldwin, Jr.,* corporation counsel, and *Joseph L. Rini,* in opposition.

Decided November 8, 2000